# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL CLARK, | ) |
| Plaintiff, | ) ) ) Case No. 1:22-cv-01089 |
| v. | ) ) *(Removed from the Chester County Circuit Court, Case No. 22-CV-11)* |
| LIBERTY MUTUAL INSURANCE CO., | ) ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF FILING

Defendant Ohio Security Insurance Company, improperly named in the Complaint as Liberty Mutual Insurance Company hereby gives notice of the filing of revised Exhibit 1 (Doc. No. 1-1) to the Notice of Removal filed on May 6, 2022, as such exhibit contained four (4) pages (PageID -12-16) that were associated with a different case and inadvertently included in the filing.

Date:   June 13, 2022

Respectfully submitted,

*/s/ Brian C. Neal*
Brian C. Neal (BPR #022532)
Kate A. Hamilton (BPR #039331)
BURR & FORMAN LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3246
Facsimile: (615) 724-3346

*Attorneys for Defendant Ohio Security Insurance Company incorrectly named as Liberty Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June 2022, a copy of the foregoing has been served via the Court's CM/ECF system on the following: Toby Gammill, 1911 Dunbarton Drive, Jackson, Mississippi 39216.

*/s/ Brian C. Neal*

48058128 v1