IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL CLARK** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    NO. 1:22-cv-1089 |
| | ) |
| **LIBERTY MUTUAL INSURANCE COMPANY** | ) |
| | ) |
|     **Defendant.** | ) |

**RESPONSE TO MOTION FOR SANCTIONS**

COMES NOW, Toby Gammill, and responds to the motion for sanctions, to wit:

1. The undersigned represented Mike Clark in this matter as an individual plaintiff. Not until the case settled at mediation was there an assignment of claim produced by P&G Construction Consultants.

2. Moreover, the only information related to real parties in interest, ever received from the plaintiff's public adjuster, William Griffin, was his letter of representation as such.

3. Clark was present on zoom for the mediation in his case. Moreover, the mediator was on screen and in the virtual room when the matter was settled by Mr. Clark.

4. Since the email exchanges attached to Defendant's motion, Clark has not returned calls of the undersigned or responded to emails or letter. To counsel's knowledge, this matter settled.

This the 3rd day of October, 2022.

                                                            Respectfully submitted,

                                        By:    *s/ Toby Gammill*
                                                      Toby J. Gammill (BPR# 025225)
                                                      *Attorney for Plaintiff*

OF COUNSEL:

**GAMMILL LAW GROUP, PLLC**
1911 Dunbarton Drive
Jackson, Mississippi 39216
Tel: (601) 487-2300
Fax: (601) 420-2426
Email: toby@gammill-law.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 3, 2022, I emailed the foregoing document to the following counsel of record:

        Brian C. Neal (BPR #022532)
        Kate A. Hamilton (BPR #039331)
        BURR & FORMAN LLP
        222 Second Ave. South, Suite 2000
        Nashville, TN 37201
        Telephone: (615) 724-3246
        Facsimile: (615) 724-3346
        Khamilton@burr.com
        Bneal@burr.com
        *Attorneys for Defendant*


        *s/ Toby Gammill*
        Toby Gammill (BPR# 025225)