**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

MICHAEL CLARK

     Plaintiff,

v.                                                                  No. 1:22-cv-01089-JDB-jay

LIBERTY MUTUAL INSURANCE
COMPANY

     Defendant.

---

## ORDER

Defendant removed this case to federal court on May 6, 2022. ECF No. 1. The case then appeared to have settled on August 29, 2022. ECF No. 18. Approximately one month later, Defendant filed a Motion for Sanctions against Plaintiff for alleged misrepresentations "including the identity of the real party in interest and the validity of the settlement agreement entered into between Clark" and Defendant. ECF No. 19 at 1.

The parties have attempted to engage in additional discovery to resolve the dispute regarding the real party in interest and the settlement agreement. The Court has held multiple telephonic status conferences to address the ultimate discovery issue: documents related to the alleged assignment of rights or claims between Plaintiff Clark and P&G Construction Consultants.

The Court **ORDERS** Plaintiff to engage in digital forensic analysis of all electronic devices possessed by P&G Construction Consultants or Mr. William Griffin that may contain relevant documents. Plaintiff has until March 28, 2023, to conduct such analysis and provide the results to Defendant. P&G Construction Consultants is **ORDERED** to pay costs associated with the forensic

analysis. The parties may submit a Motion for Protective Order for the Court's consideration. The Court will hold a telephonic status conference on March 28, 2023, at 3:00 pm so that the parties may apprise the Court of their compliance with this Order.

It is so ORDERED this the 7th day of March, 2023.

s/Jon A. York
UNITED STATES MAGISTRATE JUDGE

**IF DESIRED, AN APPEAL OF THIS ORDER TO THE PRESIDING DISTRICT COURT JUDGE MUST BE FILED WITHIN FOURTEEN (14) DAYS OF THE SERVICE OF A COPY OF THIS ORDER. *SEE* 28 U.S.C. § 636(b)(1)(C); LOCAL RULE 72(g)(2). FAILURE TO OBJECT WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**