# UNITED STATES DISTRICT COURT

FOR THE WESTERN  DISTRICT OF  TENNESSEE

**EXHIBIT AND WITNESS LIST**

Michael Clark
V.
Liberty Mutual Insurance Company

Case Number:  1:22-cv-01089-JDB-jay

| PRESIDING JUDGE Jon A. York | | | PLAINTIFF'S ATTORNEY Drayton Berkley | | DEFENDANT'S ATTORNEY Brian Neal/Kate Hamilton (4/23 only) |
|---|---|---|---|---|---|
| TRIAL DATE (S) 4/10/2023. 4/24/2023, 5/1/2023 | | | COURT REPORTER Kristi Heasley | | COURTROOM DEPUTY A. Shulman |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | 1 | 4/10/2023 | X | X | Email with AOC |
|  | 2C | 4/10/2023 | X | X | Clark State Farm Claim |
|  | 3 | 4/10/2023 | X | X | Document 19-18 Page ID 345 |
|  | 4 | 4/10/2023 | X | X | MCC Report |
|  | 5 | 4/10/2023 | X | X | Cyberagents Report |
|  | W | 4/10/2023 |  |  | Billy Griffin, administrator |
|  | W | 4/10/2023 |  |  | Russell Perkins, managing member |
|  | W | 4/10/2023 |  |  | Trent Struttman, Owner, Cyberagents (via Video) |
|  |  |  |  |  | *** CONTINUATION OF 4/10/2023 HEARING HELD ON 4/24/2023 *** |
|  | W | 4/24/2023 |  |  | Michael Clark, plaintiff |
|  | 6 | 4/24/2023 | X | X | Public Adjusting Contract DE 19-4 PageID 313 |
|  | 7 | 4/24/2023 | X | X | Liberty Mutual Letter DE 19-3 PageID 308 |
|  | 8 | 4/24/2023 | X |  | Email re: Breach of AOC DE 19-11 PageID 329 |
|  | 9 | 4/24/2023 | X | X | Handwritten Contract of Sale 6/13/2022 |
|  | 10 | 4/24/2023 | X | X | Assignment of Insurance Claim |
| 11 |  | 4/24/2023 | X | X | Declaration of Michael Clark |
|  | W | 4/24/2023 |  |  | William Griffin, |
|  | 12 | 4/24/2023 | X | X | William Griffin email DE 19-9 PageID 321 |
|  | 13 | 4/24/2023 | X | X | William Griffin email DE 19-10 PageID 322 |
|  | 14 | 4/24/2023 | X | X | P&G Email DE 19-13 PageID 337 |
|  | 15C | 4/24/2023 | X | X | **SEALED ** Subpoena and documents produced in regards to subpoena |
| 16 |  | 4/24/2023 | X | X | Claim Assignment Email |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | Michael Clark | vs. | Liberty Mutual Insurance Company | CASE NO. |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | | | | | ***CONTINUATION OF 4/24/2023 HEARING HELD ON 5/1/2023*** | |
| | W | 5/1/2023 | | | Trent Struttman, Owner, Cyberagents (via Video) | |
| | 17 | 5/1/2023 | X | X | Cyberagents Supplemental Report | |
| W | | 5/1/2023 | X | X | Rasoul Mehdian, MicroComputer Center | |
| | 18 | 5/1/2023 | X | X | Declaration of Rasoul Mehdian | |
| W | | 5/1/2023 | | | Bruce Ector, MicroComputer Center | |

Page _____ of _____ Pages