**From:**"Ugalde Jr, Louis" <Louis.UgaldeJr01@libertymutual.com>
**Sent:**Monday, November 23, 2020 6:00 PM (Eastern Time)
**To:**"william@griffinloss.com" <william@griffinloss.com>
**Subject:**Claim Assignment Change - Claim # 23866745



Dear Mr. Griffin,

Your claim for Mike Clark has been assigned to me and I will be handling it for you going forward.   Be assured that I'm committed to keeping you informed of the claim status throughout the process.

I am happy to answer any questions you may have by email or phone.

Thank you for choosing Liberty Mutual Insurance. We appreciate your business.

Sincerely,

**Louis**

Sincerely,

**Louis Ugalde**
Property Adjuster
Liberty Mutual Insurance
PO Box 515097
Los Angeles, CA 90051-5097
Direct Dial: 844-499-1898, ext 6420

**Exhibit 1**