UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE EASTERN
DIVISION

---

MICHAEL CLARK,

                                       JUDGMENT IN A CIVIL CASE

    Plaintiff,

v.                                  No.    1:22-cv-01089-JDB-jay


LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant.

---

DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the ORDER ADOPTING IN PART AND REJECTING IN PART THE REPORT AND RECOMMENDATION entered on August 9, 2023, this cause is hereby DISMISSED with prejudice.

                                      APPROVED:

                                      s/ J. DANIEL BREEN
                                      UNITED STATES DISTRICT JUDGE

                                      DATE: August 11, 2023

WENDY R. OLIVER
Clerk of Court


                                      s/Blair Moore
                                      (By)    Deputy Clerk