Ex. 2 - Withdraw & Status Conf.

| DATE | NARRATIVE | TIME-KEEPER | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 9/8/2022 | Email to client re: Plaintiff's counsel's new filing of motion to withdraw from case and options to address | BCN | 0.3 | $ 350.00 | $ 105.00 |
| 10/3/2022 | Review of Plaintiff's Motion for Status Conference | BCN | 0.1 | $ 350.00 | $ 35.00 |
| 10/3/2022 | Review of Plaintiff's revised Motion for Status Conference | BCN | 0.1 | $ 350.00 | $ 35.00 |
| 10/3/2022 | 3 emails with Plaintiff's counsel re: errors in initial Motion for Status Conference concerning failure to confer | BCN | 0.3 | $ 350.00 | $ 105.00 |
| 10/3/2022 | Review and evaluate substantive claims and defenses in opposing counsel's Motion to Withdraw and Motion for Status Conference. | KAH | 0.6 | $ 255.00 | $ 153.00 |
| 10/3/2022 | Email to client re: Plaintiff's counsel's various filing and likely upcoming hearing | BCN | 0.3 | $ 350.00 | $ 105.00 |
| 10/3/2022 | Review options for responding to Plaintiff's counsel's various filings on October 3, 2022 | BCN | 0.3 | $ 350.00 | $ 105.00 |
| 10/10/2022 | Lengthy Email to client re: Plaintiff's counsel's motion to withdraw and Plaintiff's attached emails | BCN | 0.5 | $ 350.00 | $ 175.00 |
| 12/6/2022 | 2 emails with Chambers of Magistrate Judge York re: status conference | BCN | 0.3 | $ 350.00 | $ 105.00 |
| 12/7/2022 | 3 emails with Judge Breen's chambers re: need for status conference due to plaintiff's complete failure to respond or move the matter forward | BCN | 0.4 | $ 350.00 | $ 140.00 |
| 12/7/2022 | Lengthy email to client re: status of matter, need for court interaction and potential difficulties further delay may present | BCN | 0.8 | $ 350.00 | $ 280.00 |
| 12/7/2022 | Response from client re plan of action | BCN | 0.1 | $ 350.00 | $ 35.00 |
| 12/8/2022 | 3 emails with Magistrate Judge York's Law Clerk re: need for status conference and potential involvement of counsel for P&G Construction Consultants | BCN | 0.4 | $ 350.00 | $ 140.00 |
| 1/5/2023 | 2 emails with clerk for Judge Jon York, re: jury selection and upcoming status conference to which pro se Plaintiff was invited | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 1/23/2023 | Preparation for Status Conference with Magistrate Judge York to address three (3) separate issue in 2 pending motions, including review of motion for sanctions against plaintiff and motion to counsel subpoena responses | BCN | 0.6 | $ 380.00 | $ 228.00 |
| 1/23/2023 | Attendance at Status Conference with Magistrate Judge York with regard to court-ordered Scheduling Conference and show cause hearing regarding Plaintiff Michael Clark | BCN | 0.5 | $ 380.00 | $ 190.00 |
| 1/23/2023 | 2 emails with client re: results of hearing with Magistrate Judge York and options to address | BCN | 0.4 | $ 380.00 | $ 152.00 |
| | TOTAL | | 6.2 | | $ 2,164.00 |

**Exhibit 2**