| DATE | NARRATIVE | TIME-KEEPER | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 3/27/2023 | 4 emails with D. Berkley re P&G's request to ignore court order to obtain digital forensics expert | BCN | 0.5 | $ 380.00 | $ 190.00 |
| 3/27/2023 | Email to client re: P&G's "expert" report, likely problems from the Court's perspective, and recent testimony of Plaintiff Michael Clark | BCN | 0.6 | $ 380.00 | $ 228.00 |
| 3/28/2023 | Continue reviewing one page metadata report created by opposing counsel in preparation for attending case management conference and regarding specific deficiencies in report in preparation for notifying Court. | KAH | 0.6 | $ 275.00 | $ 165.00 |
| 3/28/2023 | Email to IT team requesting it advise of all inadequacies in meta-data report produced by P&G Construction | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 3/28/2023 | Appearance at hearing with Judge York re: P&G Construction's failure to comply with Court order | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 3/28/2023 | Draft lengthy email to client regarding update of case management conference hearing, including Court's Order re contempt hearing in-person requiring all parties to be present, deficiencies in one page report produced by opposing counsel regarding digital data associated with assignment of claim agreement and needed witnesses | KAH | 0.9 | $ 275.00 | $ 247.50 |
| 3/29/2023 | Review of candidates for presenting expert testimony at upcoming contempt hearing due to P&G's failure to obtain same | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 3/30/2023 | Telephone conference with Page One to assess company's capabilities and abilities to serve client as expert witness at upcoming sanctions hearing on April 10 | BCN | 0.5 | $ 380.00 | $ 190.00 |
| 3/30/2023 | 2 emails with chambers and opposing counsel re: live testimony presentation at sanctions hearing and the Court's expectations that client pay for expert witness to be present for live testimony | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 3/30/2023 | Begin drafting outline of proof to be presented to court re: sanctions against P&G and relief to be sought | BCN | 1.2 | $ 380.00 | $ 456.00 |
| 4/3/2023 | Telephone conference with T. Struttmann, computer forensics expert, re: potential appearance at hearing on motion for sanctions | BCN | 0.6 | $ 380.00 | $ 228.00 |
| 4/3/2023 | Review of T. Struttman credentials and cases in which he has previously testified | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 4/3/2023 | Email with T. Struttmann re: potential appearance in action and designation of exhibits | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 4/3/2023 | Email to client re: conversation with Cyber Agents and request for approval to hire | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 4/4/2023 | 2 emails with client re retention of Cyber Agents as expert in matter | BCN | 0.1 | $ 380.00 | $ 38.00 |
| 4/5/2023 | Email to expert, T. Struttman, re: Ohio Security's agreement to utilize him as expert witness in this matter | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 4/5/2023 | Drafting of outline for direct questions for expert T. Struttman at sanctions hearing on April 10 | BCN | 0.9 | $ 380.00 | $ 342.00 |
| 4/6/2023 | Telephone conference with T. Struttman in preparation for Motion for Sanctions Hearing | BCN | 1.2 | $ 380.00 | $ 456.00 |
| 4/7/2023 | Drafting of outline of oral argument re: sanctions against Plaintiff Mike Clark | BCN | 0.8 | $ 380.00 | $ 304.00 |
| 4/7/2023 | Drafting of outline of oral argument re: sanctions against P&G Construction Consultants, LLC | BCN | 0.6 | $ 380.00 | $ 228.00 |
| 4/7/2023 | Drafting of list of cross-examination questions related to ownership of P&G, service of process, awareness of Court order, and for William Griffin re upcoming hearing | BCN | 1.2 | $ 380.00 | $ 456.00 |

**Exhibit 4**

| DATE | NARRATIVE | TIME-KEEPER | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 4/7/2023 | Review of 10 documents produced by P&G Construction Consultants, LLC to determine full extent of scope of failure to produce | BCN | 0.8 | $ 380.00 | $ 304.00 |
| 4/7/2023 | Telephone conference with Trent Struttman re: preparation for hearing | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 4/7/2023 | Email to Magistrate Judge York re: client's decision to have T. Struttman, expert, appear as a witness | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 4/7/2023 | Review computer search report produced by opposing counsel re specific deficiencies in plaintiff's failure to comply with court order re digital forensics search and re relief sought at upcoming contempt hearing, including sanctions, attorneys' fees, dismissal of P&G, and permission to conduct additional forensics investigation of digital devices in possession of P&G and William Griffin. | KAH | 0.5 | $ 275.00 | $ 137.50 |
| 4/10/2023 | Travel to Jackson, TN for Sanctions Hearing Against P&G Construction Consultants, LLC (billed at half-rate) | BCN | 2.5 | $ 190.00 | $ 475.00 |
| 4/10/2023 | Return travel from Jackson, TN for Sanctions Hearing against P&G Construction Consultants, LLC (billed at half-rate) | BCN | 2.5 | $ 190.00 | $ 475.00 |
| 4/10/2023 | Attendance at Sanctions Hearing Against P&G Construction Consultants, LLC before Magistrate Judge York | BCN | 5.4 | $ 380.00 | $ 2,052.00 |
| 4/10/2023 | Preparation for cross-examination of Billie Griffin based upon late-produced affidavits from opposing counsel and designation of all exhibits re: same | BCN | 1.1 | $ 380.00 | $ 418.00 |
| 4/10/2023 | Preparation for cross-examination of Russell Perkins based upon late-produced affidavits from opposing counsel and designation of all exhibits re: same | BCN | 1.2 | $ 380.00 | $ 456.00 |
| 4/10/2023 | Telephone conference with T. Struttman, computer forensics expert, re direct examination testimony and questions re meta-data discovered in the Assignment of Claim | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 4/10/2023 | Prepare for second continued contempt hearing, including identifying specific sanctions requested against third party P&G Construction Consultants, reviewing P&G's motion to exclude expert testimony, and response to P&G's motion to exclude expert testimony. | KAH | 1.6 | $ 275.00 | $ 440.00 |
| 4/11/2023 | Email to client and A. Clark re: results of contempt hearing, testimony of all three witnesses, continuation of matter, sharing of exhibit list, and upcoming next steps | BCN | 1.5 | $ 380.00 | $ 570.00 |
| 4/11/2023 | Draft outline of potential relief to be requested from Judge York at 2nd contempt hearing | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 4/11/2023 | Email to Court reporter re: need for transcript from 1st day of contempt hearing and costs of same | BCN | 0.1 | $ 380.00 | $ 38.00 |
| 4/11/2023 | 3 emails with T. Struttman re: results of initial hearing and options to address questions re: digital signature on Assignment of Claim | BCN | 0.5 | $ 380.00 | $ 190.00 |
| 4/11/2023 | Review of exhibits proffered so far in contempt hearing and evaluation of additional proof needed at future contempt hearing | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 4/11/2023 | Conduct legal research re sanctions imposed where party forged document presented to Court, in preparation for attending second contempt hearing against Plaintiff and P&G Construction Consultants. | KAH | 1.2 | $ 275.00 | $ 330.00 |
| 4/14/2023 | Omnibus email to client re: missing electronic discovery from P&G, need for assistance and Plaintiff's standing | BCN | 1.5 | $ 380.00 | $ 570.00 |

| DATE | NARRATIVE | TIME-KEEPER | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 4/14/2023 | Review statement made by R. Mehidian and options to address same in cross-examination | BCN | 0.7 | $ 380.00 | $ 266.00 |
| 4/14/2023 | Draft outline of cross-examination of Plaintiff re: affidavit and comparison with prior deposition testimony | BCN | 0.5 | $ 380.00 | $ 190.00 |
| 4/14/2023 | Drafting of "standing" argument against Plaintiff due to Magistrate Judge York's request for same in recent order | BCN | 0.5 | $ 380.00 | $ 190.00 |
| 4/17/2023 | Review first 85 pages of M. Clark's deposition transcript to construct cross-examination questions and drafting of notes re: same for cross-examination at trial | BCN | 2.4 | $ 380.00 | $ 912.00 |
| 4/17/2023 | Review Westlaw information re: prior convictions of William Griffin to address his felony convictions, and more effort to search local news stories re: forgery conviction in 2002 | BCN | 1.2 | $ 380.00 | $ 456.00 |
| 4/17/2023 | 3 emails with client re: options to present supplemental testimony and relief to be requested at conclusion of contempt hearing | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 4/17/2023 | Email to T. Struttman re: request for demonstrative aid and request for appearance at third contempt hearing | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 4/18/2023 | Drafting of cross-examination questions of William Griffin to be asked at continued contempt hearing | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 4/19/2023 | 3 emails with T. Struttman re: demonstrative aid at trial | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 4/19/2023 | Review of Motion in Limine re: prior convictions and admissibility of same against William Griffin | BCN | 0.6 | $ 380.00 | $ 228.00 |
| 4/19/2023 | Initial Preparation for cross-examination re: William Griffin including drafting outline of proof to be presented | BCN | 1.3 | $ 380.00 | $ 494.00 |
| 4/19/2023 | Review first 50 pages of Mike Clark's second deposition for purposes of cross-examination and questions re: same at upcoming trial | BCN | 1.5 | $ 380.00 | $ 570.00 |
| 4/20/2023 | 4 emails with T. Struttman re: scope of testimony to be provided at Supplemental Contempt Hearing and information to be included in the Supplemental Report | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 4/20/2023 | Email to Judge York's chambers re: request to present additional testimony from T. Struttman at Supplemental Contempt Hearing and information to be included in the Supplemental Report | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 4/20/2023 | 2 emails with opposing counsel sharing T. Struttman's supplemental report and addressing his objection to T. Struttman testifying at trial | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 4/20/2023 | Preparation for the cross-examination of W. Griffin at supplemental contempt hearing, including review of his known criminal history | BCN | 0.7 | $ 380.00 | $ 266.00 |
| 4/20/2023 | Final preparation for Cross-examination of Plaintiff, Michael Clark including, final drafting of questions, designation of all relevant supporting citations in both depositions of Plaintiff, as well as his affidavit, and comparison of signatures or different versions of assignment of claim | BCN | 2.8 | $ 380.00 | $ 1,064.00 |
| 4/21/2023 | Draft outline of continued arguments to make during cross-examination of William Griffin | BCN | 0.8 | $ 380.00 | $ 304.00 |
| 4/21/2023 | Review 80 page deposition transcript of William Griffin in different case | BCN | 0.7 | $ 380.00 | $ 266.00 |
| 4/21/2023 | Review 6th Circuit precedent supporting Court's contempt finding against P&G Construction Consultants | BCN | 1.0 | $ 380.00 | $ 380.00 |

| DATE | NARRATIVE | TIME-KEEPER | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 4/23/2023 | Draft memo in support of Motion to Permit Additional Expert Testimony from Trent Struttman based on newly discovered evidence regarding the substance of the assignment of claim agreements produced by P&G's counsel. | KAH | 3.1 | $ 275.00 | $ 852.50 |
| 4/23/2023 | Begin drafting facts section of memo in support of Motion for Sanctions against P&G in light of P&G's failure to provide requested documents in response to subpoena, despite multiple hearings and court order requiring it to do so. | KAH | 2.0 | $ 275.00 | $ 550.00 |
| 4/23/2023 | Draft analysis section of memo in support of Motion for Sanctions Against P&G re P&G should be barred from substituting in as real party in interest due to bad faith conduct and expired deadline to do so as set forth in scheduling order. | KAH | 1.0 | $ 275.00 | $ 275.00 |
| 4/23/2023 | Draft analysis section of memo in support of Motion for Sanctions against P&G re that courts consistently award sanctions up to and including dismissal for failure to provide discovery responses. | KAH | 2.3 | $ 275.00 | $ 632.50 |
| 4/23/2023 | Draft analysis section of memo in support of sanctions against P&G, including request that P&G and William Griffin be prohibited from testifying as experts or providing estimates for repair due to their financial interest in outcome of litigation. | KAH | 2.0 | $ 275.00 | $ 550.00 |
| 4/24/2023 | Revisions to proposed Motion to Allow Mr. Struttman to present additional live expert witness testimony | BCN | 0.6 | $ 380.00 | $ 228.00 |
| 4/24/2023 | Travel to Jackson, TN to attend second day of sanctions hearing against P&G Construction Consultants (billed at half-rate) | BCN | 2.5 | $ 190.00 | $ 475.00 |
| 4/24/2023 | Return travel from Jackson, TN to attend second day of sanctions hearing against P&G Construction Consultants (billed at half-rate) | BCN | 2.5 | $ 190.00 | $ 475.00 |
| 4/24/2023 | Final drafting of cross-examination questions and designation of exhibits for use during testimony of William Griffin | BCN | 1.5 | $ 380.00 | $ 570.00 |
| 4/24/2023 | Attendance at second day of sanctions hearing, including cross-examination of Plaintiff Michael Clark and William Griffin | BCN | 4.0 | $ 380.00 | $ 1,520.00 |
| 4/24/2023 | Telephone conference with T. Struttman re options to address the likely testimony of R. Mehidian at contempt hearing | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 4/24/2023 | Drive from Nashville to Jackson to attend second Contempt Hearing (billed at half rate) | KAH | 2.0 | $ 137.50 | $ 275.00 |
| 4/24/2023 | Drive from Jackson to Nashville following second Contempt Hearing (billed at half rate) | KAH | 2.0 | $ 137.50 | $ 275.00 |
| 4/24/2023 | Attend second day of contempt hearing. Second attorney presence approved by client | KAH | 4.0 | $ 275.00 | $ 1,100.00 |
| 4/24/2023 | Revise Motion to Dismiss Michael Clark for lack of standing, including referencing relevant portions of Clark's deposition testimony re declaring under oath that he signed an assignment of claim agreement with William Griffin and that he executed several agreements with William Griffin and including by clarifying the distinction between complete and partial assignment of claim agreements and the result on eliminating standing where complete assignment of claim occurs. | KAH | 2.5 | $ 275.00 | $ 687.50 |
| 4/24/2023 | Continue preparing for upcoming contempt hearing, including reviewing Motion in Limine filed by Plaintiff's counsel and preparing objections to Plaintiff's counsel's expert. | KAH | 1.5 | $ 275.00 | $ 412.50 |
| 4/25/2023 | Lengthy email to client re: results of second contempt hearing re: P&G's failure to produce documents | BCN | 0.9 | $ 380.00 | $ 342.00 |
| 4/25/2023 | 2 emails with opposing counsel re: decision whether there will be a live witness presentation on May 1 or via Zoom as offered by the Court | BCN | 0.2 | $ 380.00 | $ 76.00 |

Ex. 4-Contempt hearing & prep.

| DATE | NARRATIVE | TIME-KEEPER | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 4/25/2023 | Review W. Griffin testimony at hearing against prior transcripts in other cases re: same | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 4/25/2023 | Drafting of direct examination questions for T. Struttman | BCN | 0.5 | $ 380.00 | $ 190.00 |
| 4/26/2023 | Telephone conference with T. Struttman re: upcoming hearing | BCN | 1.6 | $ 380.00 | $ 608.00 |
| 4/26/2023 | Draft outline of direct questions for T. Struttman | BCN | 0.5 | $ 380.00 | $ 190.00 |
| 4/27/2023 | Telephone conference with client re: Mike Clark and relief to request against Plaintiff and P&G Construction at conclusion of Contempt Hearing ordered by Judge York | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 4/27/2023 | Draft outline of cross-examination questions for R. Mehidian at contempt hearing | BCN | 0.7 | $ 380.00 | $ 266.00 |
| 4/27/2023 | Draft outline of cross-examination questions for others who may have performed work on behalf of Micro Computer Systems, in event R. Mehidian is only owner | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 4/27/2023 | Final drafting of outline of direct questions for T. Struttman re: supplemental testimony, including hash values, software used, and information re: digital signature | BCN | 1.1 | $ 380.00 | $ 418.00 |
| 4/27/2023 | Research re: federal law requiring expert who performed work/analysis to actually be presenter of proof at hearing in preparation for R. Mehidian testimony | BCN | 0.5 | $ 380.00 | $ 190.00 |
| 4/28/2023 | Preparation for third day of hearing on Motion for Contempt, including drafting of closing arguments | BCN | 1.8 | $ 380.00 | $ 684.00 |
| 4/28/2023 | Telephone conference with client re: final contempt hearing and sanctions to be sought | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 5/1/2023 | Travel to Jackson, TN to attend day 3 of contempt hearing (billed at half-rate) | BCN | 2.5 | $ 190.00 | $ 475.00 |
| 5/1/2023 | Return travel from Jackson, TN to attend day 3 of contempt hearing (billed at half-rate) | BCN | 2.5 | $ 190.00 | $ 475.00 |
| 5/1/2023 | 2 telephone conferences with client re: results of final contempt hearing | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 5/1/2023 | Preparation for cross-examination of R. Mehidian and potential team members, including Bruce Ector, re Rule 704's requirement & education | BCN | 0.9 | $ 380.00 | $ 342.00 |
| 5/1/2023 | Final preparation for closing argument at contempt trial, including revisions to proposed closing arguments | BCN | 1.4 | $ 380.00 | $ 532.00 |
| 5/1/2023 | Appearance at contempt trial in Jackson, TN, with direct examination of T. Struttman, and cross-examination of R. Mehidian and B. Ector | BCN | 3.2 | $ 380.00 | $ 1,216.00 |
| | TOTAL | | 104.7 | | $ 33,530.00 |