Ex. 5 Post-Contempt Hearing

| DATE | NARRATIVE | TIME-KEEPER | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 5/2/2023 | Drafting of initial outline of arguments for Post-Contempt Hearing Brief which will be finalized once the hearing transcripts are made available by the judge's court reporter | BCN | 1.6 | $ 380.00 | $ 608.00 |
| 5/3/2023 | Telephone conference with mediator re: mediator's fees and settlement agreement and proof at Contempt trial | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 5/10/2023 | Review of available options under federal law to ask for finding of forgery committed by P&G and additional sanctions | BCN | 0.6 | $ 380.00 | $ 228.00 |
| 5/11/2023 | Email with client re: Day 3 of contempt trial, upcoming briefing and options for contempt/sanctions against P&G | BCN | 0.6 | $ 380.00 | $ 228.00 |
| 5/15/2023 | Initial drafting of fact section of post contempt hearing brief related to dismissal of Mike Clark's' claims | BCN | 2.4 | $ 380.00 | $ 912.00 |
| 5/15/2023 | Initial drafting of argument section of post contempt hearing brief related to dismissal of Mike Clark's' claims | BCN | 3.1 | $ 380.00 | $ 1,178.00 |
| 5/17/2023 | Addition of sanctions legal argument against P&G Construction Consultant in Post-Hearing Brief | BCN | 1.9 | $ 380.00 | $ 722.00 |
| 5/17/2023 | Addition of arguments in Post-Hearing Brief re: requesting sanctions in the form of attorneys fees award | BCN | 0.7 | $ 380.00 | $ 266.00 |
| 5/17/2023 | Addition of arguments in Post-Hearing Brief re: requesting sanctions in the form of barring expert testimony | BCN | 1.9 | $ 380.00 | $ 722.00 |
| 5/17/2023 | Addition of arguments in Post-Hearing Brief re: requesting sanctions in the form of barring entrance of P&G into action as party in interest | BCN | 0.9 | $ 380.00 | $ 342.00 |
| 5/18/2023 | Revisions to legal argument re: sanctions to be awarded against William Griffin and P&G | BCN | 1.7 | $ 380.00 | $ 646.00 |
| 5/18/2023 | Review of M. Clark 2nd deposition transcript re: testimony re: scope of assignment and efforts of William Griffin to assist him | BCN | 0.7 | $ 380.00 | $ 266.00 |
| 5/18/2023 | Revise post-contempt hearing memorandum to include analysis of request for negative inferences re P&G's continued failure to comply with Court Orders or produce requested discovery and only documents produced have been forged and/or manipulated. | KAH | 1.4 | $ 275.00 | $ 385.00 |
| 5/18/2023 | Conduct legal research re Court's authority to dismiss party and/or case for lack of standing | KAH | 0.8 | $ 275.00 | $ 220.00 |
| 5/23/2023 | 2 emails with client re timely receipt of hearing transcripts from judge's court reporter, filing of memorandum of law | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 5/23/2023 | Revisions to fact section of post-hearing memorandum of law based on transcript information | BCN | 1.4 | $ 380.00 | $ 532.00 |
| 5/23/2023 | Review 150 page transcript of day two of contempt hearing to determine testimony helpful to add to post-hearing brief re: Mr. Clark's testimony | BCN | 0.9 | $ 380.00 | $ 342.00 |
| 5/23/2023 | Addition of Billie Griffin and Mike Clark fact sections to post-hearing brief regarding relevant testimony and addition of cites re: same | BCN | 1.0 | $ 380.00 | $ 380.00 |
| 5/24/2023 | 2 emails with client re: timely receipt of the trial transcripts as needed to have ability to file Post-Contempt Hearing Brief by deadline imposed by Judge | BCN | 0.1 | $ 380.00 | $ 38.00 |
| 5/24/2023 | Initial review of 40+ pages of contempt hearing testimony of Michael Clark to determine whether testimony is supportive of dismissal | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 5/24/2023 | Initial review of 40+ pages of contempt hearing testimony of William Griffin to determine whether testimony is supportive of contempt finding | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 5/25/2023 | Review of trial testimony of B. Griffin and inclusion of same with case citations into Post-Contempt Hearing brief | BCN | 0.9 | $ 380.00 | $ 342.00 |

**Exhibit 5**

Ex. 5 Post-Contempt Hearing

| DATE | NARRATIVE | TIME-KEEPER | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 5/25/2023 | Review of trial testimony of R. Perkins and inclusion of same with case citations into Post-Contempt Hearing brief | BCN | 0.7 | $ 380.00 | $ 266.00 |
| 5/25/2023 | Review of trial testimony of T. Struttman's second testimony and inclusion of same with case citations into Post-Contempt Hearing brief | BCN | 1.5 | $ 380.00 | $ 570.00 |
| 5/25/2023 | 2 emails with client and client re: Post-Contempt Hearing brief | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 5/25/2023 | Review of trial testimony of W. Griffin and inclusion of same with case citations into Post-Contempt Hearing brief | BCN | 2.9 | $ 380.00 | $ 1,102.00 |
| 5/25/2023 | Review of trial testimony of T. Struttman's initial testimony and inclusion of same with case citations into Post-Contempt Hearing brief | BCN | 1.9 | $ 380.00 | $ 722.00 |
| 5/25/2023 | Additional revisions to sanctions argument section in post-hearing brief based on new facts added from the testimony of T. Struttman, W. Griffin, R. Perkins, and B. Griffin | BCN | 1.2 | $ 380.00 | $ 456.00 |
| 5/26/2023 | Revisions to post-hearing brief to address relief sought and alternative form of relief sought | BCN | 1.4 | $ 380.00 | $ 532.00 |
| 5/26/2023 | Update to hearing citations to T. Struttman testimony and M. Clark testimony in post-hearing brief | BCN | 0.6 | $ 380.00 | $ 228.00 |
| 5/26/2023 | Email to client re filing of Post-Contempt hearing brief, relief sought and upcoming deadlines | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 5/26/2023 | Review of recent rulings against D. Berkley in Western District of Tennessee to learn if other cases dismissed, possible impact on case at issue | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 5/26/2023 | Revise post-contempt hearing brief to include analysis that conflict of interest exists with opposing counsel representing both Plaintiff and third party P&G Construction Consultants, to argue that William Griffin should be precluded from offering expert testimony due to his financial interest in the litigation, and to include applicable case law supporting dismissal of Michael Clark for lack of standing/real party in interest | KAH | 2.5 | $ 275.00 | $ 687.50 |
| 6/12/2023 | Email to client re: opposing counsel's failure to timely response to Post-Contempt Hearing Brief | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 6/20/2023 | Review of Plaintiff's (belated) Response to Post-Contempt Hearing Filings | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 6/20/2023 | Email to client re: Plaintiff's belated response to Post-Contempt Hearing Brief and options under federal court rules to respond | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 6/20/2023 | Initial drafting of Reply to Post-Contempt Hearing Response, including drafting of introduction | BCN | 0.5 | $ 380.00 | $ 190.00 |

Ex. 5 Post-Contempt Hearing

| DATE | NARRATIVE | TIME-KEEPER | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 6/20/2023 | Review Plaintiff's Response to Ohio Security's Motion for Sanctions in order to continue drafting Reply to Plaintiff's Response. | KAH | 0.4 | $ 275.00 | $ 110.00 |
| 6/22/2023 | Drafting of introduction to Reply Brief in support of Contempt and Sanctions findings against P&G | BCN | 0.8 | $ 380.00 | $ 304.00 |
| 6/23/2023 | Review of what appears to be an altered email produced by P&G Construction Consultants related to November 23, 2020 email and comparison with other proof | BCN | 1.4 | $ 380.00 | $ 532.00 |
| 6/23/2023 | Initial drafting of Post-Contempt Hearing Reply Brief to address P&G's produced, different email | BCN | 0.7 | $ 380.00 | $ 266.00 |
| 6/23/2023 | 2 emails with client re: new ruling by Judge Anderson, its impact on this case, and Plaintiff's missing proof | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 6/23/2023 | Review 600+ page claim file for any document supporting Plaintiff's argument that William Griffin gave Ohio Security prior notice of the assignment of claim | BCN | 1.5 | $ 380.00 | $ 570.00 |
| 6/24/2023 | Drafting of legal argument in Post-Contempt Hearing Reply Brief re: distinction between real-party-in-interest and Article III standing analysis | BCN | 1.5 | $ 380.00 | $ 570.00 |
| 6/25/2023 | Read Cranpark v. Rogers Group Inc. cited by Plaintiff's counsel in Response to Post Contempt Hearing Brief in support of argument that Plaintiff has standing to pursue case, in preparation for rebutting in Reply. | KAH | 0.9 | $ 275.00 | $ 247.50 |
| 6/26/2023 | Revisions to Post-Contempt Hearing Reply Brief to address client email from November 23, 2020 and William Griffin's changes to same | BCN | 1.5 | $ 380.00 | $ 570.00 |
| 6/26/2023 | Revisions to Post-Contempt Hearing Reply Brief to address nuances of Cranpark decision and repeat request to dismiss Michael Clark's claims with prejudice | BCN | 2.3 | $ 380.00 | $ 874.00 |
| 6/26/2023 | Final revisions to Post-Contempt Hearing Reply Brief to shorten to 7-page limitation found in local rules and believed to be applicable to this matter | BCN | 1.0 | $ 380.00 | $ 380.00 |
| 6/26/2023 | Telephone conference with client re options to address facts in Post-Contempt Hearing Reply Brief | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 6/26/2023 | Revise Reply to Plaintiff's Response to Post-Hearing Contempt Brief. | KAH | 0.4 | $ 275.00 | $ 110.00 |
| 7/11/2023 | Email with client re: dismissal of Plaintiff's claims and sanctioning of P&G from future filing of lawsuit | BCN | 0.3 | $ 380.00 | $ 114.00 |
| | | TOTAL | 52.0 | | $ 19,088.00 |