Ex. 6-Objection to R&R

| DATE | NARRATIVE | TIME-KEEPER | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 7/11/2023 | Review of 14-page Magistrate Judge's Report & Recommendation dismissing Plaintiff's claims and sanctioning of the P&G from future filing | BCN | 0.4 | $ 380.00 | $ 152.00 |
| 7/26/2023 | Review plaintiffs legal argument that he is entitled to substitution because he requested same from opposing counsel and search for legal support for same | BCN | 0.7 | $ 380.00 | $ 266.00 |
| 7/26/2023 | Draft lengthy email update to client re Plaintiff's objection to report and recommendation, including evaluation of Plaintiff's arguments, response to Plaintiff's objection, and deadline to file response. | KAH | 0.8 | $ 275.00 | $ 220.00 |
| 8/2/2023 | Review of options to address caselaw and claimed "Fraud on the court" by Ohio Security, including case law, and possible factual support for same within the record | BCN | 1.5 | $ 380.00 | $ 570.00 |
| 8/6/2023 | Draft Response to Objection to Report and Recommendation, including responding to specific allegations raised by Plaintiff in Objection and re cases cited by Plaintiff in support. | KAH | 3.2 | $ 275.00 | $ 880.00 |
| 8/7/2023 | Revisions to Response to Objections to Report and Recommendation by addressing argument re: lack of sanctions against Plaintiff | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 8/7/2023 | Revisions to Response to Objections to Report and Recommendation by addressing argument re: fact that non-parties should not have been sanctioned | BCN | 0.7 | $ 380.00 | $ 266.00 |
| 8/7/2023 | Review 6th Circuit case law re: standard to be applied in mixed sanctions ruling, involving dismissal of one party's action, but non-dispositive sanctions against others | BCN | 0.7 | $ 380.00 | $ 266.00 |
| 8/7/2023 | Continue drafting Response to Objection to Report and Recommendation, including procedural history, response to allegation that Ohio Security has engaged in fraud, Plaintiff's failure to comply with Court Order, and Plaintiff's failure to comply with discovery obligations. | KAH | 3.5 | $ 275.00 | $ 962.50 |
| 8/9/2023 | Review law re: exclusion of P&G from any future lawsuit filings | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 8/9/2023 | Review Order Adopting in Part and Denying in Part Magistrate Judge's Report and Recommendation | KAH | 0.3 | $ 275.00 | $ 82.50 |
| | TOTAL | | 12.4 | | $ 3,893.00 |

**Exhibit 6**