Ex. 7-Atty Fee Briefing

| DATE | NARRATIVE | TIME-KEEPER | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 8/16/2023 | Review local rules re complying with requirement to file affidavit from local attorney in community re reasonableness of fees, in preparation for submitting fee affidavit. | KAH | 0.2 | $ 275.00 | $ 55.00 |
| 8/17/2023 | Continue search to locate attorney legal fee available in Jackson, Tennessee | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 8/17/2023 | Email to attorneys re: potential assistance with attorney fee affidavit as required by Local Rule 54.1 | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 8/18/2023 | Review and reduction of bills incurred in matter related to Contempt Hearing and Motion for Sanctions litigation | BCN | 0.6 | $ 380.00 | $ 228.00 |
| 8/18/2023 | Gathering of records related to all billings for past 12 months to conduct initial review and eliminate billing inefficiencies, privileged matters, and matters irrelevant to sanctions award | BCN | 1.3 | $ 380.00 | $ 494.00 |
| 8/18/2023 | Continued revisions to 30-page Memorandum of Law in Support of Motion for Fees and Costs | BCN | 3.9 | $ 380.00 | $ 1,482.00 |
| 8/18/2023 | Telephone conference with Newton Anderson re potential service as fee declarant | BCN | 0.2 | $ 380.00 | $ 76.00 |
| 8/21/2023 | Revisions to Affidavit of Brian C. Neal to address all fees and costs to be requested from P&G and William Griffin, and designation of citations | BCN | 4.7 | $ 380.00 | $ 1,786.00 |
| 8/21/2023 | Designation, review and preparation of Exhibits 1-8 to be attached to Affidavit | BCN | 1.9 | $ 380.00 | $ 722.00 |
| 8/21/2023 | Email to N. Anderson re: draft affidavit re reasonableness of fees, various related filings and ruling in the matter | BCN | 0.3 | $ 380.00 | $ 114.00 |
| 8/22/2023 | Final revisions to Affidavit of Brian C. Neal to address issues re: necessity of filings at various junctures and to correct amounts requested | BCN | 0.8 | $ 380.00 | $ 304.00 |
| | | TOTAL | 14.4 | | $ 5,451.00 |

**Exhibit 7**