Ex. 8-Costs

| Date | Description | Amount |
|---|---|---|
| 4/17/2023 | Attorney Mileage – VENDOR: Brian Neal INVOICE#: 3108791904171709 DATE: 4/17/2023 Roundtrip travel to attend contempt hearing in Jackson, TN 4-10-23 From:: 222 2nd Avenue South, Nashville, TN, USA To:: 111 South Highland Avenue, Jackson, TN, USA To:: 222 2nd Avenue South, Nashville, TN, USA | $ 152.14 |
| 4/23/2023 | Court Reporting - Plaintiff's second depo (Veritext) | $ 518.60 |
| 4/24/2023 | Court Reporting – VENDOR: Kristi Heasley, FOCR, RPR; INVOICE#: 202300021; DATE: 4/24/2023 - Copy of Court Transcripts Clark vs. LM Hearing 4/10/23 | $ 132.30 |
| 5/1/2023 | Cyber Agents (Trent Struttman invoice) (original amount $4,435.00) | $ 3,915.00 |
| 5/4/2023 | AttorneyMileage – VENDOR: Brian Neal INVOICE#: 3139940705041702 DATE: 5/4/2023 Roundtrip travel to attend contempt hearing in Jackson, TN 5-1-23 From:: 222 2nd Avenue South, Nashville, TN, USA To:: 111 South Highland Avenue, Jackson, TN, USA To:: 222 2nd Avenue South, Nashville, TN, USA | $ 152.14 |
| 5/16/2023 | Court Reporting – VENDOR: Kristi Heasley, FOCR, RPR; INVOICE#: 202300027; DATE: 5/16/2023 - Invoice #202300027 (transcript of Contempt Hearing, days 2 and 3) | $ 912.50 |
| 6/1/2023 | Cyber Agents (Trent Struttman invoice) | $ 1,600.00 |
| | TOTAL | $ 7,382.68 |

**Exhibit 8**

**United States District Court**
UNITED STATES DISTRICT COURT

Date: 04/18/2023
Invoice Number: 202300021

To:

BRIAN NEAL
BURR FORMAN
222 Second Avenue South, Suite 2000
Nashville, TN, 37201

Make Checks Payable To:

Kristi Gayle Heasley, RPR, FOCR
Federal Official Court Reporter
EIN / Tax ID: 27-3019297
111 South Highland Avenue
Suite 411
Jackson, Tennessee, 38301
Phone: (731) 421-9237
Email: kristi_heasley@tnwd.uscourts.gov

Case Details:

Case Number: 22-1089
Case Title: CLARK vs. LIBERTY MUTUAL INSURANCE
Case Description: CONTEMPT HEARING, APRIL 10, 2023
Criminal or Civil: Criminal

Proceeding Date: Apr 10, 2023

Transcripts:

Date Ordered: Apr 18, 2023
Date Delivered: Apr 18, 2023

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Ordinary 1st Copy | 147 | $0.90 | $132.30 |

Total: $132.30

Amount Due: $132.30

Notes

"I certify that the transcript fees charged, and page format used comply with the requirements of this court and the Judicial Conference of the United States."

*/s/ Kristi Heasley*

**United States District Court**
**UNITED STATES DISTRICT COURT**

Date: 05/15/2023
Invoice Number: 202300027

To:

BRIAN NEAL
BURR FORMAN
222 Second Avenue South, Suite 2000
Nashville, TN, 37201

Make Checks Payable To:

Kristi Gayle Heasley, RPR, FOCR
Federal Official Court Reporter
EIN / Tax ID: 27-3019297
111 South Highland Avenue
Suite 411
Jackson, Tennessee, 38301
Phone: (731) 421-9237
Email: kristi_heasley@tnwd.uscourts.gov

## Case Details:

Case Number: 22-1089
Case Title: CLARK vs. LIBERTY MUTUAL INSURNACE
Case Description: CONTEMPT HEARING, APRIL 24, 2023 AND MAY 1, 2023
Criminal or Civil: Criminal

Proceeding Date: Apr 24, 2023
Judge Hearing Case: JUDGE YORK

## Transcripts:

Date Ordered: May 01, 2023

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
| --- | --- | --- | --- |
| Ordinary Original | 250 | $3.65 | $912.50 |

Total: $912.50

**Amount Due: $912.50**

Notes

"I certify that the transcript fees charged, and page format used comply with the requirements of this court and the Judicial Conference of the United States."

*/s/ Kristi Heasley*

Cyber Agents, Inc.
220 Lexington Green Circle, Suite 102
Lexington, KY  40503 US
+1 8593682040
accounting@cyberagentsinc.com
www.cyberagentsinc.com



## INVOICE

**BILL TO**
Ohio Security Insurance Company
175 Berkeley Street
Boston, MA 02116

**INVOICE #** 2034
**DATE** 05/01/2023
**DUE DATE** 05/31/2023
**TERMS** Net 30

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 04/06/2023 | **Hourly Billing:Standard Rate**<br>Research and report writing | 7.20 | 325.00 | 2,340.00 |
| 04/10/2023 | **Hourly Billing:Trial/Trial Prep - Standard**<br>Testimony prep and hearing via Teams (6th Circuit, Western District of TN) | 4 | 400.00 | 1,600.00 |
| 04/11/2023 | **Hourly Billing:Standard Rate** | 0.50 | 325.00 | 162.50 |
| 04/19/2023 | **Hourly Billing:Standard Rate**<br>Begin supplemental report | 3.50 | 325.00 | 1,137.50 |
| 04/20/2023 | **Hourly Billing:Standard Rate**<br>Complete supplemental report | 6 | 325.00 | 1,950.00 |
| 04/24/2023 | **Hourly Billing:Trial/Trial Prep - Standard**<br>Hearing testimony | 4 | 400.00 | 1,600.00 |
| ███████ | ███████████████████████████████ | ███ | ███████ | ███████ |
| 05/01/2023 | **Fees:Retainer**<br>Retainer payment of $4,875.00 applied to invoice. | -1 | 4,875.00 | -4,875.00 |

Tax ID: 61-1360715
DUNS: 612539135
CAGE Code: 4BTY1

**BALANCE DUE**  $4,435.00

**Cyber Agents, Inc.**
220 Lexington Green Circle, Suite 102
Lexington, KY  40503 US
+1 8593682040
accounting@cyberagentsinc.com
www.cyberagentsinc.com



# INVOICE

**BILL TO**
Ohio Security Insurance Company
175 Berkeley Street
Boston, MA 02116

**INVOICE #** 2055
**DATE** 06/01/2023
**DUE DATE** 07/01/2023
**TERMS** Net 30

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 05/01/2023 | Hourly Billing:Trial/Trial Prep - Standard<br>Testimony about images embedded in PDF | 4 | 400.00 | 1,600.00 |

Tax ID: 61-1360715
DUNS: 612539135
CAGE Code: 4BTY1

**BALANCE DUE** $1,600.00