# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 04, 2024

Ms. Wendy R. Oliver
Western District of Tennessee at Jackson
111 S. Highland Avenue
Suite 262 U.S. Courthouse
Jackson, TN 38301-0000

      Re:  Case No. 23-5808/23-6014, *Michael Clark v. Ohio Security Ins Co*
           Originating Case No. 1:22-cv-01089

Dear Ms. Oliver,

  Enclosed is a copy of the mandate filed in this case.

                                          Sincerely,

                                          s/Abby Hahn
                                          for Roy Ford, Case Manager

cc:  Mr. Drayton D. Berkley
      Mr. Brian Christian Neal
      Mr. Matthew Blake Rogers
      Ms. Lauren Rota

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-5808/23-6014

_____

Filed: December 04, 2024

MICHAEL CLARK

    Plaintiff - Appellant

v.

OHIO SECURITY INSURANCE COMPANY

    Defendant - Appellee

MANDATE

Pursuant to the court's disposition that was filed 11/12/2024 the mandate for this case hereby issues today.

COSTS: None